B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JTM Development Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1707993** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3704 Pacific Avenue, Suite 200**<br>**Virginia Beach, VA**<br>ZIP Code **23451** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Virginia Beach Cit** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) — Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **JTM Development Corp.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **JTM Development Corp.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ John D. McIntyre**
Signature of Attorney for Debtor(s)

**John D. McIntyre 35925**
Printed Name of Attorney for Debtor(s)

**Wilson & McIntyre, PLLC**
Firm Name

**500 East Main Street**
**Suite 920**
**Norfolk, VA 23510**

Address

**757-961-3900  Fax: 757-961-3966**
Telephone Number

**June 26, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ John Mamoudis**
Signature of Authorized Individual

**John Mamoudis**
Printed Name of Authorized Individual

**Owner/President**
Title of Authorized Individual

**June 26, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re **JTM Development Corp.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

  Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | | | **24,920.00** |
| **Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886** | **Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886** | | | **32,402.00** |
| **BHR**<br>**17226 Commerce Lane**<br>**Smithfield, VA 23430** | **BHR**<br>**17226 Commerce Lane**<br>**Smithfield, VA 23430** | | | **8,078.00** |
| **Capital One Bank**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | **Capital One Bank**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | | | **6,153.00** |
| **Central Plumbing and Heating**<br>**820 Greebrier Cir.**<br>**Chesapeake, VA 23320** | **Central Plumbing and Heating**<br>**820 Greebrier Cir.**<br>**Chesapeake, VA 23320** | | | **2,365.00** |
| **City of Suffolk**<br>**PO Box 1583**<br>**Suffolk, VA 23439-1583** | **City of Suffolk**<br>**PO Box 1583**<br>**Suffolk, VA 23439-1583** | | | **6,275.00** |
| **Dixon Huges Goodman, LLP**<br>**440 Monticello Ave.**<br>**suite 1400**<br>**Norfolk, VA 23510** | **Dixon Huges Goodman, LLP**<br>**440 Monticello Ave.**<br>**suite 1400**<br>**Norfolk, VA 23510** | | | **7,080.00** |
| **Engineering & Testing Services**<br>**3351 Stoneshore Rd.**<br>**Virginia Beach, VA 23452** | **Engineering & Testing Services**<br>**3351 Stoneshore Rd.**<br>**Virginia Beach, VA 23452** | | | **4,385.00** |
| **F. Beaven Smith**<br>**c/o Pam Faber**<br>**999 Waterside Drive**<br>**Norfolk, VA 23510** | **F. Beaven Smith**<br>**c/o Pam Faber**<br>**999 Waterside Drive**<br>**Norfolk, VA 23510** | **217 65th Street, Unit A and Unit B, Virginia Beach, VA 23451** | | **1,850,000.00 (650,000.00 secured) (493,000.00 senior lien)** |
| **Finley Design PA**<br>**1415 W. NC Hwy 54, Ste 206**<br>**Durham, NC 27707** | **Finley Design PA**<br>**1415 W. NC Hwy 54, Ste 206**<br>**Durham, NC 27707** | | | **20,600.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **JTM Development Corp.** Case No.
　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Harvey Lindsey Commercial<br>999 Waterside Dr.<br>Suite 1400<br>Norfolk, VA 23510 | Harvey Lindsey Commercial<br>999 Waterside Dr.<br>Suite 1400<br>Norfolk, VA 23510 | | | 16,194.00 |
| Home Depot<br>PO Box 183175<br>Columbus, OH 43218-3175 | Home Depot<br>PO Box 183175<br>Columbus, OH 43218-3175 | | | 4,880.00 |
| Internal Revenue Service<br>400 N 8th St, Box 76<br>Richmond, VA 23219 | Internal Revenue Service<br>400 N 8th St, Box 76<br>Richmond, VA 23219 | | | 2,824.00 |
| Lexus Financial Services<br>P.O. Box 17187<br>Baltimore, MD 21297 | Lexus Financial Services<br>P.O. Box 17187<br>Baltimore, MD 21297 | | | 7,319.00 |
| Lisa Lucas<br>503 Seahorse Run<br>Chesapeake, VA 23320 | Lisa Lucas<br>503 Seahorse Run<br>Chesapeake, VA 23320 | | | 5,133.00 |
| National Construction Rentals<br>7207 Old Statesville Rd.<br>Charlotte, NC 28269 | National Construction Rentals<br>7207 Old Statesville Rd.<br>Charlotte, NC 28269 | | | 6,788.00 |
| Sampson & Assoc.<br>4812 Cullen Road<br>Virginia Beach, VA 23455 | Sampson & Assoc.<br>4812 Cullen Road<br>Virginia Beach, VA 23455 | | | 7,208.00 |
| Sinclair Pratt Cameron, P.C.<br>1630 Donna Drive<br>#103<br>Virginia Beach, VA 23451 | Sinclair Pratt Cameron, P.C.<br>1630 Donna Drive<br>#103<br>Virginia Beach, VA 23451 | | | 7,600.00 |
| Williams Mullen<br>222 Central Park Avenue<br>Suite 1700<br>Virginia Beach, VA 23462 | Williams Mullen<br>222 Central Park Avenue<br>Suite 1700<br>Virginia Beach, VA 23462 | | | 2,851.00 |
| WPL<br>242 Mustang Trail<br>Suite 8<br>Virginia Beach, VA 23452 | WPL<br>242 Mustang Trail<br>Suite 8<br>Virginia Beach, VA 23452 | | | 11,986.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **JTM Development Corp.**           Case No.      

                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Owner/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **June 26, 2011**              Signature    **/s/ John Mamoudis**
                                                                            **John Mamoudis**
                                                                            **Owner/President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Advantage Heating and Cooling,
5253-A Challedon Dr.
Virginia Beach, VA 23462


American Express
PO Box 1270
Newark, NJ 07101


Bank of America
P.O. Box 15019
Wilmington, DE 19886


Bank of Hampton Roads
c/o Peter G. Zemanian
223 E. City Hall Ave., Ste 201
Norfolk, VA 23510


Bay Disposal & Recycling
465 E. Indian River Rd
Norfolk, VA 23523


Bay Painting Co., Inc.
316 32nd St.
Virginia Beach, VA 23451


Beach Hardware & Paint Co.
400 30th St.
Virginia Beach, VA 23451


BHR
17226 Commerce Lane
Smithfield, VA 23430


Builders Mutual Ins. Co.
PO Box 900027
Raleigh, NC 27675


Butler Lawn Service
820 Greenbrier Cir, #6
Chesapeake, VA 23320


Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

```
Central Plumbing and Heating
820 Greebrier Cir.
Chesapeake, VA 23320


City of Suffolk
PO Box 1583
Suffolk, VA 23439-1583


Cox Communications Corp
1400 Lake Hearn Drive
Atlanta, GA 30319


Dixon Huges Goodman, LLP
440 Monticello Ave.
suite 1400
Norfolk, VA 23510


Engineering & Testing Services
3351 Stoneshore Rd.
Virginia Beach, VA 23452


F. Beaven Smith
c/o Pam Faber
999 Waterside Drive
Norfolk, VA 23510


F. Beaven Smith
1644 Duke of Windsor Rd
Virginia Beach, VA 23452


Fedex
729 First Colonial Rd., #101
Virginia Beach, VA 23451


Ferguson Enterprises, Inc
PO Box 644054
Pittsburgh, PA 15264-4054


Finley Design PA
1415 W. NC Hwy 54, Ste 206
Durham, NC 27707


Floors Inc.
7942 Clunchy Ct
DHS, VA 20598
```

```
H&P Electric
820 Live Oak Dr.
#F
Chesapeake, VA 23320


Harvey Lindsey Commercial
999 Waterside Dr.
Suite 1400
Norfolk, VA 23510


Home Depot
PO Box 183175
Columbus, OH 43218-3175


HRSD
PO Box 1651
Norfolk, VA 23501


Internal Revenue Service
400 N 8th St, Box 76
Richmond, VA 23219


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jack Rabbit Self Storage
109 N. Birdneck Road
Virginia Beach, VA 23451


Jeanne's Cleaning Service



Kaufman & Canoles
150 W. Main Street
Suite 2100
Norfolk, VA 23514


LeClairRyan
999 Waterside Drive
Suite 2525
Norfolk, VA 23510
```

Lexus Financial Services
P.O. Box 17187
Baltimore, MD 21297


Lisa Lucas
503 Seahorse Run
Chesapeake, VA 23320


Magic Sweep
938, Providence Road
Chesapeake, VA 23325


Maury Kroll Locksmiths
2109 Granby Street
Norfolk, VA 23517


National Construction Rentals
7207 Old Statesville Rd.
Charlotte, NC 28269


Nationwide Mutual Insurance Co
PO Box 96040
Charlotte, NC 28296-0040


Ridgeway's
5001 Cleveland Street
Virginia Beach, VA 23462


Sampson & Assoc.
4812 Cullen Road
Virginia Beach, VA 23455


Sinclair Pratt Cameron, P.C.
1630 Donna Drive
#103
Virginia Beach, VA 23451


Spivey Rentals, Inc
PO Box 6677
Chesapeake, VA 23323-6677


Stallings & Bischoff, P.C.
2101 Parks Avenue
Ste. 801
Virginia Beach, VA 23451

```
Taylor's Do It Center
P.O. Box 4267
Virginia Beach, VA 23454


Tidewater Interior Wall
1017 Wallboard Drive
Chesapeake, VA 23323


Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197


Two Men and a Truck
4864 Shell Road
Virginia Beach, VA 23455


Walker & Laberge
7613 Sewells Point Road
Norfolk, VA 23513


Williams Mullen
222 Central Park Avenue
Suite 1700
Virginia Beach, VA 23462


Wooten and Shaddock, PLC
1435 Crossways Blvd., Ste 305
Chesapeake, VA 23320


WPL
242 Mustang Trail
Suite 8
Virginia Beach, VA 23452
```